IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE:<br>JOSE LUIS BIRRIEL RIVERA<br>LYDIA IRIS OCASIO BURGOS<br><br>DEBTOR(S)<br>_____<br><br>JOSE LUIS BIRRIEL RIVERA<br>LYDIA IRIS OCASIO BURGOS<br>PLAINTIFF(S)<br><br><br>FIRST BANK PUERTO RICO<br><br>WIGBERTO LUGO MENDER, ESQ<br>AS CHAPTER 7 TRUSTEE<br>DEFENDANT(S) | * * * * * * * * * * * * * * * * * * * | CASE NO. 18-05896/ESL<br><br><br>CHAPTER 7<br><br>**ADVERSARY 18-00140/ESL** |

## CERTIFICATE OF SERVICE
### RE: NOTICE TO DEFENDANTS OF COMPLAINT AND SUMMONS

TO THE HONORABLE COURT:

**I ROBERTO FIGUEROA CARRASQUILLO**, attorney for plaintiffs, certify that on December 5, 2018, a true copy of the adversary cover sheet, complaint and summons, issued by the Court in the above captioned proceeding, were mailed to defendant First Bank Puerto Rico c/o Aurelio Aleman Bermudez, President, Ave. Munoz Rivera 1130, San Juan PR 00924, certified mail #70171070000105980707; First Bank Puerto Rico c/o Patricia I Varela Harrison Esq, Martinez & Torres Law Offices PSC, PO Box 192938, San Juan PR 00919-1183, certified mail #70171070000105980691; Wigberto Lugo Mender, Chapter 7 Trustee, Lugo Mender & Co, Centro Internacional de Mercadeo, 100 Carr 165 Suite 501, Guaynabo PR 00968-8052, certified mail #70161370000074985756.

Page -2-
Certificate of Service
Adversary Proceeding 18-00140/ESL

Attached is copy of delivery receipt for each party that was noticed as herein stated.

**CERTIFICATE OF SERVICE**: The undersigned attorney hereby certifies that on this same date a copy of this certificate of service has been filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants. I also certify that a copy of this certificate of service was served by regular mail to plaintiff/debtors Jose Luis Birriel Rivera and Lydia Iris Ocasio Burgos, in the above captioned adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of December, 2018.

/s/ *Roberto Figueroa-Carrasquillo*
R. FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PLANTIFFS
PO BOX 186
CAGUAS, PR 00726
TEL NO. (787) 744-7699 FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN JUAN PR 00924 OFFICIAL USE

Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $0.71
Total Postage and Fees $6.91
0726 01
Postmark Here
12/06/2018

Sent To: First Bank Puerto Rico
c/o Aurelio Aleman Bermudez, President
Street and Apt. No., or PO Box No.: Ave. Muñoz Rivera 1130
City, State, ZIP+4: San Juan P.R. 00924

7017 1070 0000 0598 0704

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN JUAN PR 00929 OFFICIAL USE

Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $0.71
Total Postage and Fees $6.91
0726 01
Postmark Here
12/06/2018

Sent To: First Bank Puerto Rico
c/o Patricia I. Varela Harrison, Esq.
Street and Apt. No., or PO Box No.: PO Box 192938
City, State, ZIP+4: San Juan P.R. 00919-1183

7017 1070 0000 0598 0741

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

GUAYNABO PR 00968 OFFICIAL USE

Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $0.71
Total Postage and Fees $6.91
0726 01
Postmark Here
12/06/2018

Sent To: Wigberto Lugo Mender, Chapter 7 Trustee
Lugo Mender & Co.
Street and Apt. No., or PO Box No.: Centro Internacional de Mercadeo
100 Carr 165 Suite 501
City, State, ZIP+4: Guaynabo P.R. 00968-8052

7014 7498 5756

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions